# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ERIC H. ADAMS, a married man,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., a North Carolina corporation; EQUIFAX INFORMATION SERVICES, LLC, a Georgia limited liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a California corporation; TRANS UNION LLC, an Illinois limited liability company,<br><br>Defendants. | CASE NO.: 2:15-cv-01908-JWS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT BANK OF AMERICA, N.A.** |

Pursuant to the Stipulation filed by Plaintiff and Defendant Bank of America, N.A., and good cause appearing,

IT IS HEREBY ORDERED that Defendant Bank of America, N.A. is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS FURTHER ORDERED that all of Plaintiff's claims having been settled, this matter is dismissed.

DATED thus 3rd day of April 2016.

/s/ JOHN W. SEDWICK
SENIOR UNITED STATES DISTRICT JUDGE

486767.1